
COPIES SENT
11/21/02 JmB
Date    By

# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

NOV 21 2002

JmB

*JAMES F. WEILER; SANDRA L. WEILER; KIMBERLEY DEWEY; ANN MARTIN; CHARLENE POORE; KENNETH C. POORE, JR.; CLEM CORYER; MARY CORYER; MARIE E. CRAVEN; SHEILA HOUSE; PHILLIP DORITY; PAMELA DORITY; GREGORY A. MILLS; NANCY MILLS; ROBERT C. WOODARD; LISA WOODARD; H.A. PATTERSON; BRIAN T. PATTERSON; GARY MALLETTE; and ERNESTINE M. RIECK*

**Plaintiffs**

VS.                                    7:01-CV-611 (FJS)

*CHATHAM FOREST PRODUCTS, INC.*

**Defendant**

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion to dismiss the amended complaint is granted, judgment is hereby entered in favor of the defendant, and this action is closed.

All of the above pursuant to the Order of the Honorable Chief Judge Frederick J. Scullin, Jr., dated the 20th day of November, 2002.

NOVEMBER 21, 2002                      LAWRENCE K. BAERMAN
---                                    ---
DATE                                   CLERK OF COURT

                                       Joanne Bleskoski
                                       ---
                                       JOANNE BLESKOSKI
                                       DEPUTY CLERK